THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS MICIELI, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

SIMON ULLMAN, an Infant, by SAUL J. ULLMAN, His Guardian ad Litem, Appellant, v. LAURA TUBBS et al., Respondents.  SAUL J. ULLMAN, Appellant, v. LAURA TUBBS et al., Respondents.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See *post*, p. 1122.]